

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-24-00150-CV**

**IN THE INTEREST OF Z.S., A CHILD**

---

**From the 378th District Court**
**Ellis County, Texas**
**Trial Court No. 95327D**

---

## MEMORANDUM OPINION

---

Appellant, Terrence Southern, filed a notice of appeal on May 22, 2024 challenging the trial court's Order in Suit to Modify Parent-Child Relationship signed on April 22, 2024. On May 28, 2024, Appellant was notified that a docketing statement was required to be completed and returned to this Court. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. By letter dated June 25, 2024, the Clerk of this Court notified Appellant that the docketing statement had not been filed and warned that the Court may dismiss the appeal if a docketing statement was not filed within twenty-one days. *See id.* at R. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement. Accordingly, we dismiss this appeal. *See id.* at R. 32.1, 42.3(c); *see also Hensley v. W.M. Specialty Mortg., LLC*, No. 10-05-00322-CV, 2005 Tex. App. LEXIS 9614, at *1-2 (Tex. App.—Waco Nov. 16, 2005, no pet.) (mem. op.) (dismissing an appeal for failure to file a docketing statement).

STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Appeal dismissed
Opinion delivered and filed August 29, 2024
[CV06]

